STEPHEN T CAMMACK
LAW OFFICES

STATE BAR NO: 107814

735 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
PHONE (916) 641-0294
FAX (916) 641-0296

Attorney for Debtors **Ronald F. Bergstrom** and **Carol C Bergstrom**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No.: 2011-46601-A-7 |
| | DCN: STC-001 |
| RONALD F. BERGSTROM;<br>CAROL C. BERGSTROM; | Date: January 30, 2012<br>Time: 10:00 a.m.<br>Dept.: A, Courtroom 28<br>Judge: Hon. Michael S. McManus |
| | Address: 501 I St., 7th Fl.,<br>Courtroom 28,<br>Sacramento, CA 95814 |
| Debtors. | |

## DEBTORS' MOTION TO COMPEL ABANDONMENT OF PROPERTY FROM THE BANKRUPTCY ESTATE BY STIPULATION WITH TRUSTEE

TO: THE OFFICE OF THE U.S. TRUSTEE, THOMAS A. ACEITUNO, Esq., CHAPTER 7 TRUSTEE, ALL CREDITORS AND ALL OTHER PARTIES REQUESTING SPECIAL NOTICE:

Ronald F. Bergstrom and Carol C. Bergstrom, Debtors herein, by and through their attorney of record, Stephen T. Cammack Law Offices/Stephen T. Cammack, Esq., hereby move the Court as follows:

Debtors seek an Order compelling the assigned Chapter 7 Trustee in this case, Thomas A. Aceituno, Esq., to abandon, as burdensome to or of inconsequential value and benefit to the Debtors' estate, the Debtors' former residential real property which is economically distressed and has significant negative equity value, and is currently in a short sale, and is located at **1220 Los Rios Dr., Carmichael, CA 95608,** and is more particularly described as follows:

**Real property in the City of Carmichael, County Of Sacramento, State of California:**

**Lot 728, as shown on the "Plat of Del Dayo Riviera Unit No. 7", recorded in Book 81 of Maps, Map No. 11, records of said County.**

The Debtors assert the following facts in connection with this Motion, by either attached documentation Exhibits and/or the bankruptcy file/schedules in this case:

| | |
|---|---|
| **VALUE OF PROPERTY:** | **$550,000.00 (Short Sale Purchase Contract Price)** |
| **KNOWN LIENS, IF ANY:** | **$695,000.00 (First Deed of Trust/Mortgage)** |
| **NET EQUITY IN THE PROPERTY:** | **-$145,000.00** |
| **VALUE TO THE ESTATE:** | **$0.00** |

The Debtors assert that the economic distress condition and negative equity value of this property, that the aforesaid property is of inconsequential value to the estate. The Debtors believe that the administration of this estate would be best served by the Trustee abandoning any interest in the aforementioned property as it is of inconsequential value to the estate, without any possibility of generating assets to the estate.

This Motion is based upon the Notice of Motion, this Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Ronald F. Bergstrom, the Declaration of Stephen T. Cammack, Esq., the bankruptcy petition and all filings on schedule, and all evidence/oral arguments that may presented at the scheduled hearing on this Motion.

Debtors respectfully request the Court to enter an Order directing the Chapter 7 Trustee to abandon the aforementioned real property from this bankruptcy estate based upon the fact that the property is burdensome to and/or of inconsequential value and benefit to the Debtors' estate, and for such other and further relief as the Court deems just and proper.

Date: January 11, 2012

RESPECTFULLY SUBMITTED

STEPHEN T. CAMMACK
LAW OFFICES

By: *Stephen T. Cammack*
Stephen T. Cammack
Attorney for Debtors **Ronald F. Bergstrom** and **Carol C. Bergstrom**